## WM. HEBERT VS. JAMES A. SMYLIE.

GUNBY, J, A mortgage on personal property is null; but a stipulation in such mortgage that the mortgagor will pay ten per cent. as attorney's fees in case it be necessary to resort to judicial proceedings to enforce the collection of the note to secure which

the mortgage is given, is an obligation independent of the mortgage and is valid and binding, though the mortgage be avoided. 21 An. 8.